UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE PARKS,<br><br>Plaintiff,<br><br>v.<br><br>SALAHUDDIN ABDUR-RAHMAN, et al.,<br><br>Defendants. | No.  2:19-cv-1589-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed three separate motions related to discovery. ECF Nos. 42, 43, 44.

In the first motion, plaintiff asks the court to assist him with getting a bottle of eyedrops tested for antibiotics. ECF No. 42. The court is mindful that plaintiff's ability to navigate discovery and to conduct investigations is severely limited by his incarceration and the COVID-19 pandemic. However, he offers no basis to support his request and on the current record the court cannot facilitate lab testing on his behalf. Accordingly, plaintiff's first motion is denied.

In the second motion, plaintiff asks the court to compel the California Department of Corrections and Rehabilitation (CDCR) to comply with his requests for production. ECF No. 43.

/////

1

1 A motion to compel, however, is to be filed when a *party* fails to respond or inadequately
2 responds to a request for production. *See* Fed. R. Civ. P. 37(a)(3)(B)(iv).  CDCR is not a party to
3 this action.  If plaintiff seeks to obtain relevant information from a non-party he must properly
4 seek the issuance of a subpoena.  Accordingly, plaintiff's second motion is denied.

In the third motion, plaintiff seeks to lodge medical records that were apparently obtained through a discovery request with the court.  ECF No. 44.  However, discovery responses shall only be filed with the court if they are at issue.  *See* E.D. Cal. Local Rules 250.2-250.4.  At this time, there is no proceeding before the court that requires plaintiff's medical records for its resolution.  This motion, therefore, is also denied.

Accordingly, IT IS ORDERED that plaintiff's discovery motions (ECF Nos. 42, 43, and 44) are DENIED.

DATED:  September 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2